# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2063

_____

Tammy Hutson,                                          *
                                                       *
              Appellant,              *    Appeal from the United States
                                                       *    District Court for the Western
      v.                                               *    District of Missouri.
                                                       *
Protective Life Insurance Company,    *         [UNPUBLISHED]
                                                       *
              Appellee.               *

_____

Submitted:  January 12, 2005
Filed:   January 18, 2005

_____

Before WOLLMAN, McMILLIAN, and FAGG, Circuit Judges.

_____

PER CURIAM.

      Tammy Hutson appeals the district court's[*] adverse grant of summary judgment
in her action seeking recovery of the proceeds from a life insurance policy issued by
Protective Life Insurance Company that named her as beneficiary and expired before
the insured's death. The district court rejected Hutson's state-law claims for negligent
misrepresentation and breach of contract. Because this is a diversity case, we review
de novo questions of state law. Having considered the record and the parties'
arguments, we are satisfied the district court correctly applied the controlling state

_____

      [*]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the
Western District of Missouri.

law and properly resolved the issues. Because a comprehensive opinion would have no precedential value in a diversity case that is factually unique to these parties, we affirm on the basis of the district court's ruling without further discussion. <u>See</u> 8th Cir. R. 47B.

_____